UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV00354 ERW |
| ) | |
| ONE 2004 CADILLAC CTS, ) | |
| VIN 1G6DM577940135329 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, Wendell Caples,

IT IS HEREBY ORDERED THAT, upon Wendell Caples' payment of all storage cost incurred to the United States Marshals Service, the United States of America shall release to Wendell Caples the defendant vehicle further described 2004 Cadillac CTS, VIN 1G6DM577940135329, with all appurtenances and attachments therein,

This matter is dismissed, with each party to bear its own costs.

IT IS SO ORDERED,

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

Dated this 15th Day of October, 2008